IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID BRESHEARS, II, )<br>)<br>　　　Plaintiff, )<br>)<br>v. )<br>)<br>R. T. MIDWEST HOLDINGS, LLC, )<br>d/b/a Ruby Tuesday, )<br>)<br>　　　Defendant. ) | Case No. 11-CV-0799-MJR-SCW |

ORDER

REAGAN, District Judge:

In April 2012, the parties advised the Court that the above-captioned action had been settled in its entirety but that additional time was needed to finalize the settlement documents. As a result, the Court entered a 60-day order. Two extensions of that 60-day deadline were granted (Docs. 27, 29).

On August 27, 2012, Plaintiff filed a motion advising the Court that settlement has been completed and asking the Court to dismiss the action with prejudice. Accordingly, the Court **GRANTS** the motion (Doc. 30) and **DISMISSES** this action with prejudice, with costs to be borne in accordance with the settlement agreement between the parties.

IT IS SO ORDERED.

DATED this 29th day of August, 2012

<u>s/Michael J. Reagan</u>  
MICHAEL J. REAGAN  
United States District Judge